AARON D. FORD
  Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1150 (phone)
Email: drands@ag.nv.gov

*Attorneys for Defendants Adam Main,
Francisco Barrios, and William Miller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRAE PARKER,<br><br>            Plaintiff,<br><br>v.<br><br>BRANDON STUBBS, *et al.*,<br><br>            Defendants. | Case No. 3:24-cv-00129-MMD-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISCOVERY**<br><br>[ECF No. 32] |

Defendants Adam Main, Francisco Barrios, and William Miller by and through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit their Unopposed Motion for an Extension of Time to File Response to Discovery. Defendants seek an extension of time from **September 26, 2025** to **October 27, 2025**.

I.   **INTRODUCTION**

Defendants respectfully request this Court grant their request to extend the deadline to file the response to Plaintiff's Request for Production of Documents. The parties conducted a meet and confer telephone conference on September 25, 2025, wherein the parties agreed to a 30-day extension of time to file the response. This was primarily because of the ongoing cyber event. The files of the Office of the Attorney General remain inaccessible. Therefore the documents necessary to fulfill the requests are not available.

///

The parties agreed that a 30-day extension was mutually beneficial. Accordingly, good cause exists to grant the instant motion for extension of time.

## II. LEGAL ARGUMENT

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.,* 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan,* 958 F.2d 272, 273 (9th Cir. 1992). Rule 6(b)(1), Federal Rules of Civil Procedure, governs extensions of time:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

"The proper procedure, when additional time for any purpose is needed, is to present to the Court a timely request for an extension before the time fixed has expired (*i.e.*, a request presented before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D. Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such as an attorney's "conflicting professional engagements" or personal commitments such as vacations, family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court deadline. *Id.*

Because of the ongoing cyber event, the files of the Office of the Attorney General remain inaccessible. Therefore the documents necessary to fulfill the requests are not available. Mr. Parker agreed to the filing of an unopposed motion. Accordingly, good cause exists for an extension of time.

///
///
///
///
///
///

III.     CONCLUSION

Defendants' unopposed motion for an extension of time should be granted. Defendants request an extension from the current due date of **September 26** to **October 27, 2025**. This motion is brought in good faith and not for the purposes of delay.

DATED this 25th day of September, 2025.

                                AARON D. FORD
                                Attorney General

                                By: */s/ Douglas R. Rands*
                                      DOUGLAS R. RANDS (Bar No. 3572)
                                      Senior Deputy Attorney General

                                *Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** September 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE