UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONDRAE PARKER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON STUBBS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-CV-00129-MMD-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>[ECF No. 39] |

Before the Court is Plaintiff Diondrae Parker's ("Parker") motion to enforce the settlement agreement. (ECF No. 39.) On October 22, 2025, Parker entered into a binding settlement agreement with Defendants. (ECF No. 36.) Parker alleges that Defendants failed to satisfy two of the material terms and are therefore in breach. (ECF No. 39 at 1-8.) However, Parker's motion is premature and is therefore denied.

In placing the terms of the settlement agreement on the record, the Court explicitly advised Parker that if Defendants were unable to satisfy any of the terms within the prescribed timeframes, they were to submit a status report within 60 days — *i.e.*, on or before December 23, 2025 — advising the Court which terms had not been satisfied and why. The Court further explained that if that were to happen, Parker would then have seven days to object to the status report. The Court made clear that until those deadlines passed neither party was to file a motion to enforce the settlement agreement. Parker's motion, filed on December 10, 2025, is therefore premature.

If Defendants ultimately end up filing a status report noting they have failed to satisfy one or more of the material terms, Parker will have seven days to file his objections, and the Court will address the issue at that time. **The Court will not entertain any motions to enforce the settlement agreement until these deadlines have passed.** That said, to help streamline the process and avoid any issues, Defense Counsel is directed to contact Parker to discuss the status of the terms identified in his motion.

(*See* ECF No. 39.) Defense Counsel shall file a notice of compliance confirming he has done so no later than **Friday, December 19, 2025**.

**IT IS THEREFORE ORDERED** that Parker's motion to enforce the settlement agreement, (ECF No. 39), is **DENIED AS PREMATURE**.

**IT IS FURTHER ORDERED** that **Defense Counsel shall contact Parker** to discuss the terms identified in Parker's motion.

**IT IS FURTHER ORDERED** that **Defense Counsel shall file** a notice of compliance confirming he has complied with the Court's order on or before **Friday, December 19, 2025**.

**DATED**: December 10, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**