1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS (Bar No. 3572)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (775) 684-1150 (phone)
   (702) 486-3768 (fax)
6  Email: drands@ag.nv.gov

7  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| In Re: Diandre Parker Litigation Matters | Case Nos.   3:24-cv-00129-MMD-CLB<br>3:25-cv-00108-ART-CLB<br>3:22-cv-00543-MMD-CLB |
|---|---|
| | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Diandre Parker, pro se, and Defendants, by and through the Office of the Attorney General, hereby stipulate that the above-captioned cases are dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

*III*
*III*
*III*
*III*
*III*
*III*
*III*
*III*

1     The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 22nd day of October, 2025.

By: O\Cl'"\t\v:41...11
Diandre Parker
*Plaintiff, Prose*

DATED this 22nd day of October, 2025.

AARON D. FORD
Attorney General

By: *Isl Douglas R. Rands*
Douglas R. Rands (Bar No. 3572)
Senior Deputy Attorney General
*Attorneys for Defendants*

## ORDER

IT **IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED <u>December 24, 2025</u>.

_____
UNITED STATES DISTRICT JUDGE